# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Cody J. Christensen, et al.,<br><br>    Defendants | Case No.: 2:22-cv-00605-JAD-BNW<br><br>**Order Granting in Part Motion to Extend Deadline to Respond to Motion for Summary Judgment**<br><br>[ECF No. 42] |

In this suit over unpaid federal-tax obligations, the government has moved for summary judgment in its favor.[1] Defendant Cody Christensen asks the court to extend his November 27th opposition deadline by more than four months—to April 1, 2024.[2] He explains that he "must have time to write his opposition since there are nearly 300 pages with false statements, unrelated materials, and misleading of the courts by the Trial Attorney for the United States."[3] The government takes the position that some extension of Christensen's deadline is warranted, but the length he seeks is excessive.[4] The court agrees. Although the court is sympathetic that there are more than 200 pages of exhibits attached to government's motion for summary judgment, the motion itself spans just 12 pages. The court thus finds good cause to enlarge Christensen's period for response by 60 days, to January 26, 2024, for a total response period of 81 days.

IT IS THEREFORE ORDERED that Defendant Cody Christensen's motion to extend time **[ECF No. 42] is GRANTED in part.** Christensen's deadline to respond to the motion

---

[1] ECF No. 40.
[2] ECF No. 42.
[3] *Id.* at 1.
[4] ECF No. 43.

**for summary judgment [ECF No. 40] is extended to January 26, 2024.** The court is not likely to extend this deadline further absent extraordinary circumstances.

_____
U.S. District Judge Jennifer A. Dorsey
December 18, 2023